HORACE B. CLAFLIN and others, *Respondents, v.* GEORGE HUBER, *Appellant.* — Judgment and order denying defendants' motion for judgment and order denying new trial on minutes affirmed, with costs. Opinion by DYKMAN, J. ; BARNARD, P. J., dissenting

on the ground that there is no proof of fraudulent contraction of debt.